UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
R. ALEXANDER ACOSTA, Secretary of Labor, United
States Department of Labor,

        Plaintiff,     CV: 17-4956 (JS) (ARL)

 -against-

                   **STIPULATION**
MANGANO SEWER AND DRAIN INC., JONATHAN **EXTENDING TIME**
MANGANO, Individually, and LAUREN MANGANO **TO ANSWER**
Individually,

        Defendants.
-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the parties in the above-captioned action, that Defendants time to answer, move or otherwise respond to the complaint is extended up through and including October 25, 2017.

Dated: Islandia, New York         Dated: New York, New York
    September 20, 2017            September 20, 2017

**SCOTT MICHAEL MISHKIN, P.C.**       **U.S. DEPARTMENT OF LABOR**

By: _____         By: _____
 Kyle J. Pulis, Esq. (KP0415)          Michael R. Hartman, Esq.
 One Suffolk Square, Suite 240         201 Varick Street
 Islandia, New York 11749           Room 983
 Tel: (631) 234-1154             New York, New York 10014
 Fax: (631) 234-5048            Tel: (646) 264-3673
 *Attorneys for Defendants*           Fax:(646) 264-3660
                           *Attorneys for Plaintiff*

SO ORDERED:

_____