May 1, 2018

**VIA CM/ECF**

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

RE: Acosta v. Mangano Sewer & Drain, Inc. *et al.*, 17-cv-4956-JS-ARL (E.D.N.Y.)

Plaintiff, R. Alexander Acosta, Secretary of Labor, United States Department of Labor (the "Secretary") and defendants (Mangano Sewer and Drain Inc., Jonathan Mangano, and Lauren Mangano (collectively, "Defendants") submit this joint status report, as required by the Court's FLSA Initial Discovery and Mediation Referral Order [dkt. 15] (the "Scheduling Order") as amended [dkts. 18, 19].

On April 26, 2017, undersigned counsel for the Secretary and Defendants met and conferred in a good-faith effort to settle all pending issues. The parties were unable to settle the matter.

The parties submit that they are divided by fundamental factual disputes, and that additional discovery, rather than mediation, would be the most productive use of everyone's time at this stage. Nonetheless, if the Court prefers that the parties participate in a formal mediation, the parties are willing to do so before an EDNY mediator.

Respectfully submitted,

*Michael R. Hartman*

MICHAEL R. HARTMAN
U.S. Department of Labor
*Attorney for the Secretary*

*Kyle Pulis*

KYLE PULIS
Scott Michael Mishkin PC
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, Michael R. Hartman, assert that, on May 1, 2018, all parties were served with this joint status report via the Court's CM/ECF system.

*Michael R. Hartman*
MICHAEL R. HARTMAN